

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00245-CV

———————————————

LASHELL BEAVERS, Appellant

V.

FKH SFR PROPCO A, L.P., Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-002461-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on August 21 2024, but no brief was filed. *See* Tex. R. App. P. 38.6(a). On September 4, 2024, we warned Appellant that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief along with a motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: October 10, 2024